## 10654. LEMMONS *v.* THE STATE.

BROYLES, C. J. The verdict was amply authorized by the evidence, and none of the grounds of the amendment to the motion for a new trial shows cause for setting it aside.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED OCTOBER 10, 1919.

Conviction of manslaughter; from Fulton superior court—Judge Humphries. May 23, 1919.

*Harvey Hill, James E. Garst,* for plaintiff in error.

*John A. Boykin, solicitor-general, E. A. Stephens,* contra.

---

## 10659. NORTON *v.* ANDERSON.

LUKE, J. The only question raised by the exceptions in this case is whether the evidence authorized the verdict. Upon a careful examination of the evidence we cannot say that the verdict was without evidence to support it. The trial judge having approved the verdict, it was not error to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED OCTOBER 10, 1919.

Garnishment; from Cobb superior court—Judge Morris. May 10, 1919.

*H. B. Moss,* for plaintiff in error.

*C. M. Dobbs, Herbert Clay,* contra.